Your Honorable Judge Grimm,

My name is Michael Howard Bailey. I was before you in May, my case number is PWG-1-19-CR-00137-001. At that time I was at home doing my drug programing and mental health programing. I was working full time for Procter and Gamble. I got a place. I got married, even adopted a half blind kitten. I now lost my wife Tina she passed away 7-4-21. That is by far the worst punishment I ever felt and have to live with for the rest of my life. Being locked up in a U.S.P has set me back so far it's always on lockdown. I have over 10 months in already. I was told cand has the B.o.P Back on lockdown I can't program nothing. I am also on lock for safety and security Reasons. I am trying to come home not do in

2) here I am not a gang member. I am what people say easy prey. This has by far been the worst wake up call Ever. My Asthma makes me open to the virus and It's running rampid.

My Mom is in her 70's and I pray will keep strong. I was in a very good treatment and I graduated president of the program no problems. I am asking if there is some way some how that my sentence can be for me to leave here and report there to get back on my programs. I really need them beings I lost my wife and all this lock down my only help would be that or home detention that way I can program and take care of my mother and keep my health good so I don't get this virus. Mainly I Don't want to die while In a U.S.P. I pray you will help me I thank you very much for your time in this matter.

USP Canaan
P.O. Box 300
Waymart, PA
18472

#1288905-7   Michael Howard Bailey

As you can see I am at a U.S.P. not a FCI like you asked for. This I can say has changed my whole life around I am always looking over my shoulder to not have issues with guys that have life.

_____ FILED   _____ ENTERED
_____ LOGGED  _____ RECEIVED

NOV 5 2021

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                        DEPUTY